UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re:   THOMAS GRANT NEUSOM                              Case No. 2:24-mc-2-TJC

_____

**O R D E R**

In accordance with Local Rule 2.04(c)(4)(F), I designate Senior United States District Judge John E. Steele to address the Grievance Committee's probable cause finding as outlined in the Grievance Committee's Report and Recommendation (Doc. 44), filed in <u>Clark Pear, LLC v. MVP Realty Associates, LLC</u>, Case No. 2:23-cv-503-JLB-NPM.  The Clerk shall place a copy of the Grievance Committee's Report (Doc. 44) and Mr. Neusom's response (Doc. 45) in this file, and shall make a notation in that file that the grievance matters are being handled in this miscellaneous case.  The Clerk shall reassign this miscellaneous case to Judge Steele.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of January, 2024.



TIMOTHY J. CORRIGAN
Chief United States District Judge

s. copies:

Honorable John E. Steele
Senior United States District Judge

Thomas Grant Neusom, Esquire