**IN THE FEDERAL COURT FOR THE MIDDLE DISTRICT OF FLORIDA UNITED STATES COURT**

| | |
|---|---|
| CLARK PEAR LLC | CASE NO. 2:23-CV-00503 |
| PLAINTIFF/COUNTERDEFENDANT, | **PLAINTIFF'S OBJECTION AND RESPONSE TO THE GRIEVANCE COMMITTEE REPORT AND RECOMMENDATION** |
| VS. | |
| MVP REALTY AND ASSOCIATES, LLC, | HEARING |
| DEFENDANT/COUNTERPLAINTIFF. | Date:<br>Time:<br>Place: |

1. Comes now, Plaintiff Clark pear with an Objection and Response to the Grievance Committee report and recommendation.

2. This case was closed November 2023. The motion for relief from the closure order was never granted.

3. Once the RICO and Constitutional law violations were worked out, Counsel thought this case could proceed, but Pear never received his summary judgment hearing. At this point, Jurisdiction could be achieved with an Amended Complaint that is all true.

4. The Breach is clear, but the reasons for the Breeach are not so clear.

5. Those cases sighted by the Committee are a non issue. There's a case called SOUTHERN SPECIALTIES v. FARMHOUSE TOMATOES, Nos. 4D17-2933 and 4D18-507., 259 So.3d 869 (2018). Here's the corrected cite. The reason this case was used in the Unconstitutionality of 57.105, was dealing with attorneys fees. and that's clear. The other name was likely a way to refer to the same case. But the Specialties case was applicable, the substance was there.

1

6. Trilogy Communications, Inc. v. Times Fiber Communications Inc. (3d Cir. 2007) was used in a motion for Summary Judgment, and the usage of that case is fairly common. So there's virtually no way that this case could, or should be questioned.

7. The motion to remand was a sham, procedurally incorrect, and follows a defense pattern of doing everything possible to not discuss Breach Of Contract. The defense tactic of distraction was previously noted.

8. The Committee mentions the Southern District of Florida. In that case the Debtor called the Office in tears because the Sheriff was coming, and the Printing Company needed some time to take out there valuable machinery and move it. This case was wholely consistent wth the use of Chapter 11 Bankruptcy.

9. For whatever reason, such as the Judge and Landlord's attorney being friends for the past 20 years, the Court found fault with me. That case actually ended in a Confidential Settlement, and one of the settlement terms was confidentiality, and no criticism of the landlord, Judge or anyone else. So Counsel can not go any further into it. but it did not end with an Order to pay over $35,000.00, or anything close to it.

10. The Office has always upheld the highest standards of professionalism, and has never intentionally fabricated, or misinterpreted a case.

11. The Committees recommendations have no legal basis, the report has factual errors, and it should be denied. But this case has been closed since November, 2023 and a new Summons would not issue so that it could be reopened.

Submitted,

DATED, January 15, 2024,

By: __/s/_Thomas Neusom_____

Attorney For Clark Pear

LLC
4737 N. Ocean Drive, #129
Fort Lauderdale, FL 33308
Tel No. (954) 200-3536

Bar No. 0037148

Email: tgnoffice34@gmail.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing:

**PLAINTIFF'S OBJECTION AND RESPONSE TO THE GRIEVANCE COMMITTEE REPORT AND RECOMMENDATION**

was furnished by email to the parties on the efiling portal and the parties listed on January 15, 2024.

By: __/s/ Thomas Neusom_____

Thomas Neusom

Attorney for Plaintiff/Counterdefendant

4737 N. Ocean Drive, #129

Fort Lauderdale, FL 33308

Tel No. (954) 200-3536

Fla. Bar No.: 37148

1
2
3
4   NJ LAW PLLC
5   Counsel for MVP Realty Associates LLC and Derek Carlson
6   3411 Tamiami Trail N, Ste 100
7   Naples, FL 34033
8   Tel (239)920-5228/Fax (239)920-5289
9
10  NABIL JOSEPH
11  Florida Bar Number:1012159
12  Email:Nabil2njlawflorida.com
13  Service: service@njlawflorida.com
14  DANIELLE CROWLEY
15  Florida Bar Number:1037776
16  Email:Danielle@njlawflorida.com
17  Service:service-dc@njlawflorida.com
18
19
20
21
22
23
24
25
26
27
28

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28