UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: THOMAS GRANT NEUSOM

Case No:  2:24-mc-2-JES

_____

**ORDER**

This matter comes before the Court on review of the Report and Recommendation of the Grievance Committee (Doc. #3) filed on February 1, 2024, recommending sanctions based on finding probable cause that Mr. Neusom's behavior violated Bar Rules 4-1.3, 4-3.3(a)(3), 4-8.4(c), and Rule 4-3.4(c).  Mr. Neusom filed an Objection and Response (Doc. #4), however under Local Rule 2.04,

> If the committee finds probable cause for disciplinary action, the chief judge or one or more judges designated by the chief judge:
>
> (i) must order the lawyer to respond,
>
> (ii) must determine whether clear and convincing evidence establishes lawyer misconduct, and
>
> (iii) if so, must impose a proportionate sanction.

M.D. Fla. 2.04(c)(4)(F).  The Court will therefore order Mr. Neusom to respond to the Report and Recommendation of the Grievance Committee (Doc. #3), although Mr. Neusom may notify the Court if he wishes to have his prior Objection and Response (Doc. #4) to constitute his response.

Accordingly, it is hereby

**ORDERED:**

Thomas Grant Neusom shall file a response the Report and Recommendation of the Grievance Committee (Doc. #3) within **THIRTY (30) DAYS** of this Order.  In lieu of another response, Mr. Neusom may notify the Court within the same time-period that he wishes his prior Objection and Response (Doc. #4) to constitute the response required by M.D. Fla. 2.04(c)(4)(F)(i).

**DONE and ORDERED** at Fort Myers, Florida, this ___2nd___ day of February 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record